**Electronically Filed
Supreme Court
SCPW-26-0000414
24-JUL-2026
11:30 AM
Dkt. 13 ODDP**

SCPW-26-0000414

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

IN RE STEPHEN RICHARD KENNY

_____

ORIGINAL PROCEEDING

ORDER DENYING PETITION
(By: Devens, C.J., Eddins, and Ginoza, JJ., and
Circuit Judge Ashford, in place of McKenna, J., recused,
and Circuit Judge Char, assigned by reason of vacancy)

Upon consideration of the petition for writ of mandamus and habeas corpus, filed June 4, 2026, and the record, Petitioner has not demonstrated a clear and indisputable right to relief. An extraordinary writ is unwarranted. See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawai'i 307, 319, 537 P.3d 1154, 1166 (2023). It is ordered:

1. The petition is denied. See Haw. Const. art. VI, § 2 (authorizing the chief justice to assign a judge of the intermediate appellate court or a circuit court to serve temporarily on the supreme court). See also Hawai'i Revised

Statutes § 660-3 (2016) (providing the basis for when the supreme court may issue writs of habeas corpus); and

    2.    The filing fee is waived.

        DATED:  Honolulu, Hawaiʻi, July 24, 2026.

/s/ Vladimir P. Devens

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ James H. Ashford

/s/ Stephanie R.S. Char